# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-04-00167-CV

**Office of Public Utility Counsel, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

### DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS

### M E M O R A N D U M   O P I N I O N

By order of May 6, 2004, this cause has been consolidated into, and will continue as, appeal number 03-04-00148-CV.  No matters being left in cause 03-04-00167-CV, the appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Appeal Dismissed

Filed:   May 6, 2004